| NAME: SHAH McKENNEY, Reg. No. 06662070<br>ADDRESS: USP-Lewisburg<br>Post Office Box 1000<br>Lewisburg, Pennsylvania 17837<br><br>or PLACE OF CONFINEMENT & PRISON NUMBER<br><br>*Note: If represented by an attorney, his name, address & telephone number*<br><br>*Note: It is your responsibility to notify the Clerk of the Court, in writing of any change of address* | 1: CV 07-0594<br><br>FILED<br>SCRANTON<br>MAR 2 6 2007<br>Per ______<br>DEPUTY CLERK |
|---|---|

# *United States District Court*

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| SHAH McKENNEY<br>FULL NAME: (Include name under which you were convicted)<br>*Petitioner,*<br><br>*vs.*<br><br>MR. TROY WILLIAMSON, WARDEN<br>NAME OF WARDEN (or other authorized person having custody of petitioner)<br>*Respondent.* | CASE NO: ______<br>(To be supplied by the clerk of the United States District Court)<br><br>PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY<br>28 U.S.C. § 2241 |
|---|---|

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour .

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. ☐ a conviction
2. ☒ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☐ other

# PETITION

1. Place of confinement USP-Lewisburg, P. O. Box 1000, Lewisburg, PA 17837

2. Name and location of court which imposed sentence United States District Court for the District of Rhode Island, Providence Division

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) C.R. No. 05-03-T
   (b) Possession of a Firearm After Having Been Convicted of a Felony
   (c) ______

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) July 21, 2005. 180 months, mandatory minimum, followed by a period
   (b) of Supervised Release of 5 years, with a Special Assessment of $ 100.
   (c) ______

5. Check whether a finding of guilt was made:
   (a) ☒ After a plea of guilty
   (b) ☐ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ☐ a jury
   (b) ☒ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?
   ☐ Yes ☐ No

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court ______
   (2) Result ______
   (3) Date of Result ______
   (4) Citation or number of opinion ______

(5) Grounds Raised *(list each)* ______

(A) ______

(B) ______

(C) ______

(D) ______

(b)(1) Name of Court ______

(2) Result ______

(3) Date of result ______

(4) Citation or number opinion ______

(5) Grounds raised (list each)

(A) ______

(B) ______

(C) ______

(D) ______

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

9. State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

(a) Ground One ______

______

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

______

______

______

______

______

(b) Ground Two

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

(c) Ground Three

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

(d) Ground Four

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☐ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

(a)(1) Name of Court ______

(2) Nature of proceedings ______

(3) Grounds raised ______

(4) Result ______

(5) Date of Result ______

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

(b)(1) Name of Court ______

(2) Nature of proceedings ______

(3) Grounds raised ______

(4) Result ______

(5) Date of Result ______

(6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

13. Are you presently represented by counsel? ☐ Yes ☒ No

If so, name, address and telephone number Not Applicable

Case name and court Not Applicable

14. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

☒ Yes ☐ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_______________________________
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2007
*(date)*

[signature]
*Signature of Petitioner*

SHAH McKENNY
Reg. No. 05552-070
USP-Lewisburg
P. O. Box 1000
LEWISBURG, PA 17837

PA 171 MAR 26 2007 HARRISBURG PM MAR

RECEIVED
SCRANTON
MAR 2 7 2007
Per
DEPUTY CLERK

CLERK'S OFFICE
United States District Court
Middle District of Pennsylvania
William J. Nealon Fed. Bldg. and U.S. Courthouse
235 N. Washington Avenue
MAIL TO: P. O. BOX 1148
SCRANTON, PENNSYLVANIA 18501

LEGAL MAIL: