1: CV 07-0594

SHAH MCKENNEY,
(Petitioner)

TROY WILLIAMSON, WARDEN
(Respondent(s))

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

FILED SCRANTON MAR 29 2007 Per ______ DEPUTY CLERK

I, Shah McKenney, pro-se litigant declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes ☐ No

   a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

   $5.25 per month. USP-Lewisburg's Food Service, P. O. Box 1000

   b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self employment? ☐ Yes ☒ No
   b. Rent payment, interest or dividends? ☐ Yes ☒ No
   c. Pension, annuities or life insurance payments? ☐ Yes ☒ No
   d. Gifts or inheritances? ☐ Yes ☒ No
   e. Any other sources? ☐ Yes ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts) No.

   If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)? ☐ Yes ☒ No

   If the answer is yes, state the total value of the items owned.

15. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None.

I, declare *(or certify, verify or state)* under penalty of perjury that the foregoing is true and correct.

Executed on 2/12/07
*(date)*

[signature]
*Signature of Petitioner*

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ **$0.89** on account to his credit at the **United States Penitentiary, Lewisburg, Pennsylvania** institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said **N/A** institution

DATED **February 26, 2007**

[signature]
**A Nemchick**
*Authorized Officer of Institution*

**Accounting Technician**
*Title of Officer*

# CERTIFICATE OF SERVICE

I, Shah McKenney, pro-se, hereby certify that I have served a true and correct copy of the foregoing:
28 U.S.C. § 2241 Petition and Motion Challenging the Integrity of Petitioner's Plea of Nolo Contendre and Requesting That he be Permitted to Withdraw his Plea as Being Unintelligent, Unknowing, and Involuntary.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Office of the U. S. Attorney
Middle District of Pennsylvania

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 15th day of February, 2007

Respectfully Submitted,

SHAH MCKENNEY

REG. NO. 05552-070