UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 1148
SCRANTON, PA 18501

March 29, 2007

Shah McKenny
Reg. No. 05552-070
USP-Lewisburg
PO Box 1000
Lewisburg, PA 17837

RE: 1:07-CV-594 McKenney v. Williamson
Judge William W. Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, CLERK

By: aaa
Deputy Clerk

[X ] Petition for Writ of Habeas Corpus [ ] Complaint

[ ] Transfer From Other District [ ] Other

Enclosed: Notice of Consent regarding Magistrate Referral.