IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAH McKENNEY, Petitioner

vs.

WARDEN TROY WILLIAMSON, Respondent .

CIVIL NO. 1:CV-07-0594

(Judge Caldwell)

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Pro se Petitioner, Shah McKenney, filed the above captioned habeas corpus petition pursuant to 28 U.S.C. § 2241 on March 29, 2007, apparently challenging his 2005 conviction in the United States District Court for the District of Rhode Island for being a felon in possession of a firearm . (Doc. 1, Petition). Petitioner has also filed a Motion to Proceed *in forma pauperis*. For the reasons that follow, the Court will grant Plaintiff's Motion to Proceed *in forma pauperis,* but require McKenney to file an amended petition.

Aside from identifying the place and nature of his conviction, McKenney's petition is blank. It fails to provide any information regarding the procedural history of McKenney's criminal proceedings or appeals. It also fails to provide a single claim or issue that McKenney wants this Court to review

concerning his sentence or conviction. Although the Court has located *United States v. McKenney*, 450 F.3d 39 (1st Cir. 2006), *cert. denied*, ____ U.S. _____, 127 S.Ct. 537, 166 L.Ed.2d 398 (2006), which provides some insight into McKenney's conviction and appeal efforts, the Court is not required to guess what issues Petitioner wants us to review or to invent grounds for review.

AND NOW, this 17th day of April, 2007, it is ordered that:

1. Petitioner's application to proceed *in forma pauperis* (doc. 2), is granted.

2. Petitioner shall file an amended petition for writ of habeas corpus within twenty (20) days of the date hereof. The amended petition shall set forth the grounds for relief from Petitioner's conviction or sentence.

3. The Clerk of Court is directed to provide Petitioner with two blank § 2241 forms for his use in preparing his amended petition.

4. If Petitioner fails to timely file an amended petition, the petition (doc. 1) will be dismissed without prejudice.

/s/William W. Caldwell
William W. Caldwell
United States District Judge