IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
ex rel

SHAH McKENNEY
Full name & prison number
(if any) of Petitioner

NO. 05552-070

v.

TROY WILLIAMSON, WARDEN
Name of Respondent

FILED
HARRISBURG, PA

MAY 10 2007

MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

(PERSONS IN FEDERAL CUSTODY)

PETITION FOR WRIT OF HABEAS CORPUS

Instructions - READ CAREFULLY

1. In order for this petition to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten), and the unsworn declaration signed by the petitioner. It shall set forth in concise form the answers to each applicable question. If necessary, petitioner may finish his answer to a particular question on the reverse side of the page or on an additional blank page. Petitioner shall make it clear to which question any such continued answer refers.

2. Any false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury. Petitioners should therefore exercise care to assure that all answers are true and correct.

3. When the petition is completed, the original and three copies shall be mailed to the Clerk, United States District Court, Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pa. 18501.

If you are unable to pay the $5.00 filing fee for this action, you may petition the court to proceed in forma pauperis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records.

1. Place of detention P. O. Box 1000, Lewisburg, PA 17837

2. Name and location of court which imposed sentence United States District Court for the District of Rhode Island

3. The indictment number or numbers (if known) upon which and the offense or offenses for which sentence was imposed:

   (a) Unknown

   (b) 18 U.S.C. § 922(g)(1)

   (c) 18 U.S.C. § 924(e)

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) Unknown

   (b) 180 months (i.e., 15 years imprisonment)

   (c) __________

5. Check whether a finding of guilty was made

   (a) after a plea of guilty X

   (b) After a plea of not guilty __________

   (c) after a plea of nolo contendere __________

6. If you were found guilty after a plea of not guilty, check whether that finding was made by

   (a) a jury __________

   (b) a judge without a jury __________

7. Did you appeal from the judgment of conviction or the imposition of sentence?

   Yes.

8. If you answered "yes" to (7), list

(a) the name of each court to which you appealed:

i. U. S. Court of Appeals for the First Circuit

ii. ________

iii. ________

(b) the result in each such court to which appealed:

i. Affirmed

ii. ________

iii. ________

(c) the date of each such result:

i. June 8, 2006

ii. ________

iii. ________

(d) if known, citations of any written opinions or orders entered pursuant to such results:

i. No. 05-2137 - U.S. v. Shah McKenney

ii. ________

iii. ________

9. State concisely the grounds on which you base your allegation that you are being held in custody unlawfully:

(a) Violation of Rule 11 Guilty Plea Colloquy
Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea. Domenica v. United States, 292 F.2d 483 (1st Cir.)

(b) Justices say possessory Drug Crime that is felony under state law, but would be misdemeanor under Federal Law isn't aggravated felony, as that term is used in federal sentencing laws...Lopez v. Gonzalez, U.S., No. 05-547, 12/5/06.

(c)

10. **State concisely and in the same order the facts which support each of the grounds set out in (9):**

(a) The Record of my Rule 11 Guilty Plea Colloquy clearly supports that not only was my plea involuntary, but I also didn't even remember the majority of what was briefly explained bo me by counsel concerning the plea.

(b) None of my "State" possessory drug crimes (priors) were felonies, as defined under Federal Law, thus they weren't aggragated felonies as that term is used in federal sentencing laws.

(c)

11. Have you filed previous petitions for habeas corpus motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction:

No.

12. If you answered "yes" to (11), list with respect to each petition, motion or application

(a) the specific nature thereof:

i. ______

ii. ______

iii. ______

(b) the name and location of the court in which each was filed.

i. ______

ii. ______

iii. ______

(c) the disposition thereof.

i. ______

ii. ______

iii. ______

(d) the date of each such disposition:

i. ______

ii. ______

iii. ______

(e) If known, citations of any written opinions or orders entered pursuant to each such disposition:

i. ____________________________________

ii. ____________________________________

iii. ____________________________________

13. If you did not file a motion under Section 2255 of Title 28 United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

(a) I was informed that I couldn't file a motion under Section 2255 because I'd waived such collateral attack.

(b)

(c)

14. Has any ground set forth in (9) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any other petition, motion or application:

No.

15. If you answered "yes" to (14), identify

(a) which grounds have been previously presented:

i. __________

ii. __________

iii. __________

(b) the proceedings in which each ground was raised:

i. __________

ii. __________

iii. __________

16. Were you represented by an attorney at any time during the course of

(a) your arraignment and plea: Yes.

(b) your trial, if any: __________

(c) your sentencing: Yes.

(d) your appeal, if any, from the judgment of conviction or the imposition of sentence?

Yes.

(e) preparation, presentation or consideration of any petitions, motions or applications with respect to this conviction, which you filed:

No.

17. If you answered "yes" to one or more parts of (16), list

(a) the name and address of each attorney who represented you:

i. __________

__________

ii. ______________________________

iii. ______________________________

(b) the proceedings at which each such attorney represented you:

i. Arraignment and plea

ii. Sentencing

iii Appeal

18. If you are seeking leave to proceed in forma pauperis, have you completed the unsworn declaration setting forth the required information (see instructions, page 1 of this form). Yes.

Executed at USP-Lewisburg, P.O. Box 1000, Lewis., PA
Name of institution, city, state

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May , 2007
Date

[signature]
Signature of Petitioner

(see instructions, page 1 of this form)

FORMA PAUPERIS DECLARATION

I, Shah McKenney, pro-se litigant, do hereby certify that I am a citizen of the United States of America that because of my poverty I am unable to pay the costs of said suit or action: that I am unable to give security for the same: and that I believe I am entitled to the redress I seek in said suit or action.

I have in my prison account $ .0 .

Executed at USP-Lewisburg, P.O. Box 1000, Lewisburg, PA17837
Name of Institution, City, and State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May , 2007
Date

Signature of Petitioner

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States

v

Shah McKenney
Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 1.18 on account to his credit at the U.S. PENITENTIARY LEWISBURG, PA institution where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of said N/A institution:

C. WATTS, INMATE ACCOUNTS
Authorized Officer of Institution

Inmate Name: Shah McKenney
Register Number: 05552-070
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

MAY 8 2007 HARRISBURG PA




Office of the Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
United States Courthouse
228 Walnut Street
P. O. Box 983
HARRISBURG, PENNSYLVANIA 17108

LEGAL MAIL: