UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAH McKENNEY, | : | |
| | : | |
| Petitioner | : | |
| | : | CIVIL NO. 1:CV-07-0594 |
| vs. | : | |
| | : | (Judge Caldwell) |
| WARDEN TROY WILLIAMSON, | : | |
| | : | |
| Respondent. | : | |

*O R D E R*

AND NOW, this 21st day of May, 2007, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the above-captioned Amended Petition for writ of habeas corpus and this Order on the Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall answer the allegations in the petition for writ of habeas corpus.

3. Petitioner shall, if he so desires, file a reply brief within fifteen (15) days of receipt of the Respondent’s filings.

/s/William W. Caldwell
William W. Caldwell
United States District Judge