# United States District Court
# MIDDLE DISTRICT OF PENNSYLVANIA

SHAH McKENNEY,
Petitioner

V.

WARDEN TROY WILLIAMSON,
Respondents

**Acknowledgment of Service on The United States Attorney**

1:CV-07-0594
Judge William W. Caldwell

---

Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ❑ Patricia Wiscount; ❑ Naomi Losch; ❑ Phyllis Mitchell; ❑ Mark Morrison; acknowledge receipt of the following documents:

**Order to Show Cause dated May 21, 2006 w/Amended Petition for Writ of H/C.**

5/21/07
May 21, 2007

Patricia Wiscount
Signature

---

I Ann Severino-Michael certify that I served the above listed documents on the signed recipient on May 21, 2007.

FILED
HARRISBURG, PA
MAY 21 2007
MARY E. D'ANDREA, CLERK
Per ASM
Deputy Clerk