TAM:NJB:mel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAH McKENNEY,** | : | **No. 1:CV-07-0594** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **(Caldwell, J.)** |
| | : | |
| **WARDEN TROY WILLIAMSON,** | : | |
| **Respondent** | : | **Filed Electronically** |

**EXHIBIT TO RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS**

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

/s/ Nathanael J. Byerly

NATHANAEL J. BYERLY
Special Assistant U.S. Attorney
PA 85679
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17701
Phone: 717-221-4482
Fax: 717-221-2246

Date: June 11, 2007

CLOSED, LDA, PRIOR

# U.S. District Court
## District of Rhode Island (Providence)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00003-T-ALL

GOVERNMENT EXHIBIT 1

Case title: USA v. McKenney
Magistrate judge case number: 1:04-mj-00174

Date Filed: 01/12/2005

---

Assigned to: Judge Ernest C. Torres

**Defendant**

**Shah McKenney** (1)
*TERMINATED: 08/09/2005*

represented by **Edward C. Roy, Jr.**
Federal Defender's Office
10 Weybosset St.
Suite 300
Providence, RI 02903
528-4281
Fax: 528-4285
Email: edward_roy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) - FELON IN POSSESSION OF A FIREARM (1) | Court sentences defendant to 180 months incarceration with 5 years supervised release. Special conditions: Substance abuse counseling and treatment (inpatient or outpatient); Mental Health counseling and treatment (inpatient or outpatient); Drug testing, up to 72 times per year, as determined by Probation; For every week not employed full time, defendant to complete 20 hours of community service. Time defendant spends working towards a GED can count toward his community service requirement; Fine waived as Court finds defendant has no ability to pay; Special Assessment of $100.00. Court recommends to the Bureau of Prisons that defendant be place in an institution that can offer him substance abuse |

counseling and treatment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

18:922(g)(1) - FELON IN POSSESSION OF A FIREARM [ 1:04-m -174 ]

---

**Plaintiff**

**USA** represented by **Gerard B. Sullivan**
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903
709-5000
Fax: 709-5001
Email: gerard.sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2004 | 1 | COMPLAINT as to Shah McKenney [ 1:04-m -174 ] (Theall, J) (Entered: 12/29/2004) |
| 12/29/2004 | 2 | Arrest WARRANT issued as to Shah McKenney [ 1:04-m -174 ] (Theall, J) (Entered: 12/29/2004) |
| 12/29/2004 | 3 | WRIT of Habeas Corpus ad Prosequendum issued as to Shah McKenney for 1/3/05 at 11:00 a.m. [ 1:04-m -174 ] (Theall, J) (Entered: 12/29/2004) |
| 01/03/2005 | 4 | CJA 23 FINANCIAL AFFIDAVIT by Shah McKenney approved by MJ Almond [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | 5 | ORDER as to Shah McKenney for Appointment of Federal Public Defender signed by Jeannine Theall, Deputy Clerk; mailed to counsel, USPO, USM [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |

| | | |
|---|---|---|
| 01/03/2005 | 6 | ENTRY of Appearance for Shah McKenney by Attorney Edward C. Roy Jr. [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | | ARREST of Shah McKenney [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | | Initial Appearance as to Shah McKenney held before MJ Almond (Sullivan, Roy) PTS Tryhubczak; Court reads charge; Court informs Deft of rights; Deft held at ACI; Govt requests detention; Deft waives Interstate Detainer Act; no argument; Deft returned to ACI; Waiver of preliminary exam; Court questions Deft; Deft understands rights and signs waiver; Court accepts waiver (Defendant informed of rights.) [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | | Detention hearing as to Shah McKenney held before MJ Almond (Sullivan, Roy) PTS Tryhubczak; Govt requests detention; no argument from Deft; Deft held at the ACI [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | 7 | Waiver of Preliminary Examination or Hearing by Shah McKenney accepted by MJ Almond [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/03/2005 | 8 | ORDER OF DETENTION as to Shah McKenney ( Signed by Magistrate Judge Lincoln D. Almond ) mailed to counsel [ 1:04-m -174 ] (Theall, J) (Entered: 01/04/2005) |
| 01/04/2005 | 9 | WRIT of Habeas Corpus ad Prosequendum executed as to Shah McKenney on 1/3/05 [ 1:04-m -174 ] (Theall, J) (Entered: 01/05/2005) |
| 01/10/2005 | 10 | Arrest WARRANT Returned Executed as to Shah McKenney on 1/3/05 [ 1:04-m -174 ] (Theall, J) (Entered: 01/12/2005) |
| 01/12/2005 | 11 | INDICTMENT as to Shah McKenney (1) count(s) 1 (Theall, J) (Entered: 01/13/2005) |
| 01/12/2005 | | CASE Assigned to Judge Ernest C. Torres . Assigned to Magistrate Judge Lincoln D. Almond (Theall, J) (Entered: 01/13/2005) |
| 01/12/2005 | 12 | WRIT of Habeas Corpus ad Prosequendum issued as to Shah McKenney for 1/20/05 at 10:00 a.m. (Theall, J) (Entered: 01/13/2005) |
| 01/13/2005 | | Deadline updated as to Shah McKenney, Set Arraignment for 10:00 1/20/05 for Shah McKenney before MJ Almond (Theall, J) (Entered: 01/13/2005) |
| 01/13/2005 | 13 | WRIT of Habeas Corpus ad Prosequendum issued as to Shah McKenney for 1/24/05 at 10:00 a.m. (Theall, J) (Entered: 01/13/2005) |
| 01/13/2005 | | Deadline updated as to Shah McKenney, Reset Arraignment for 10:00 1/24/05 for Shah McKenney before MJ Almond (Theall, J) (Entered: 01/13/2005) |
| 01/25/2005 | | Deadline updated as to Shah McKenney, Reset Arraignment for 11:00 1/26/05 for Shah McKenney before MJ Almond (Theall, J) (Entered: |

| | | |
|---|---|---|
| | | 01/25/2005) |
| 01/25/2005 | 14 | WRIT of Habeas Corpus ad Prosequendum issued as to Shah McKenney for 1/26/05 at 11:00 a.m. (Theall, J) (Entered: 01/25/2005) |
| 01/25/2005 | 15 | WRIT of Habeas Corpus ad Prosequendum issued as to Shah McKenney for 1/27/05 at 10:00 a.m. (Theall, J) (Entered: 01/25/2005) |
| 01/25/2005 | | Deadline updated as to Shah McKenney, Reset Arraignment for 10:00 1/27/05 for Shah McKenney before MJ Almond (Theall, J) (Entered: 01/25/2005) |
| 01/25/2005 | 16 | WRIT of Habeas Corpus ad Prosequendum returned unexecuted as to Shah McKenney. Court appearance cancelled. (Fernandes, D) (Entered: 01/27/2005) |
| 01/27/2005 | | Arraignment as to Shah McKenney held before MJ Almond (Sullivan, Roy) PTS Tryhubczak; Court reads indictment; Deft understands charge; Deft pleads not guilty; Arraignment order entered; Deft waives IAD; Deft to be held at ACI; no argument (Theall, J) (Entered: 01/27/2005) |
| 01/27/2005 | 17 | ARRAIGNMENT ORDER as to Shah McKenney setting Discovery cutoff 2/28/05 for Shah McKenney ; Motion Filing deadline on 2/28/05 for Shah McKenney ; Pretrial Conference for 9:30 2/28/05 for Shah McKenney before Magistrate Judge Lincoln D. Almond . Placed on Continuous Trial Calendar for 3/11/05. ( Signed by Magistrate Judge Lincoln D. Almond ) mailed to counsel (Theall, J) (Entered: 01/27/2005) |
| 01/27/2005 | 18 | WRIT of Habeas Corpus ad Prosequendum returned unexecuted as to Shah McKenney. Court appearance cancelled. (Fernandes, D) (Entered: 01/28/2005) |
| 01/27/2005 | 19 | WRIT of Habeas Corpus ad Prosequendum executed as to Shah McKenney on 1/27/05 (Fernandes, D) (Entered: 01/28/2005) |
| 01/31/2005 | | Pre-trial conference as to Shah McKenney set at 10:00 2/28/05 for Shah McKenney Before Magistrate Judge Lincoln D. Almond (Theall, J) (Entered: 01/31/2005) |
| 02/10/2005 | 20 | INFORMATION to Establish Prior Conviction(s) as to Shah McKenney (Fernandes, D) (Entered: 02/11/2005) |
| 02/17/2005 | 21 | PRETRIAL ORDER filed as to Defendant Shah McKenney (signed by Judge Ernest C. Torres) [faxed to all counsel of record] (Jackson, R) (Entered: 02/17/2005) |
| 02/18/2005 | 22 | MOTION by Shah McKenney to Continue Empanelment (Fernandes, D) (Entered: 02/22/2005) |
| 02/28/2005 | | Pre-trial conference as to Shah McKenney held before MJ Almond; plea agreement to be filed (Theall, J) (Entered: 02/28/2005) |
| 03/01/2005 | | In-chambers conference as to Shah McKenney set at 10:30 3/4/05 for Shah McKenney Before Judge Ernest C. Torres re: motion to continue empanelment. [faxed to counsel of record] (Fernandes, D) (Entered: |

| | | |
|---|---|---|
| | | 03/01/2005) |
| 03/04/2005 | | In-chambers conference held before Judge Ernest C. Torres; Government: Gerard Sullivan; Defendant: Edward Roy; Court Reporter: Angela Reynolds; Court grants Defendant's Motion for Continuance until the April 2005 Trial Calendar; parties to submit Order for entry; time of continuance will be deemed excludable (Jackson, R) (Entered: 03/04/2005) |
| 03/14/2005 | 23 | ORDER as to Shah McKenney granting [22-1] motion to Continue Empanelment as to Shah McKenney (1) until the April 2005 Trial Calendar; the time of the continuance has been deemed excludable (Signed by Judge Ernest C. Torres) [faxed to all counsel of record] (Jackson, R) (Entered: 03/14/2005) |
| 03/22/2005 | 24 | PRETRIAL ORDER filed as to Shah McKenney (signed by Judge Ernest C. Torres) [faxed to all counsel of record] (Jackson, R) (Entered: 03/22/2005) |
| 04/12/2005 | 25 | Plea Agreement as to Shah McKenney (Jackson, R) (Entered: 04/13/2005) |
| 04/13/2005 | | Change of Plea Hearing as to Shah McKenney set for 9:30 5/2/05 for Shah McKenney Before Judge Ernest C. Torres (Jackson, R) (Entered: 04/13/2005) |
| 05/02/2005 | | Change of Plea Hearing as to Shah McKenney held before Judge Ernest C. Torres; Government: Gerard B. Sullivan; Defendant: Edward Roy; All counsel of record present. Defendant is present. Probation is present. Government sets forth Terms of the Plea Agreement. Defendant is sworn and questioned by the Court. Government sets forth Facts of the Case. Court continues to question the Defendant. Defendant pleads guilty. Court finds the Defendant competent and accepts the plea. Defendant is adjudged guilty. Sentencing is set for Thursday July 21st, 2005 at 11:00 AM. (Jackson, R) (Entered: 05/02/2005) |
| 05/02/2005 | 26 | Minute entry as to Shah McKenney : Change of Plea hearing held before Judge Ernest C. Torres (Jackson, R) (Entered: 05/02/2005) |
| 05/02/2005 | | PLEA entered by Shah McKenney . Court accepts plea. Guilty: Shah McKenney (1) count(s) 1 (Jackson, R) (Entered: 05/02/2005) |
| 05/02/2005 | | Sentencing set for 11:00 Thursday 7/21/05 for Shah McKenney Before Judge Ernest C. Torres , Shah McKenney (1) count(s) cmp, 1 (Jackson, R) (Entered: 05/02/2005) |
| 05/02/2005 | 27 | Certificate of Medication as to Shah McKenney (Jackson, R) (Entered: 05/02/2005) |
| 05/05/2005 | 28 | WRIT of Habeas Corpus ad Prosequendum executed as to Shah McKenney on 5/2/05 (Jackson, R) (Entered: 05/06/2005) |
| 07/21/2005 | 29 | Minute Entry for proceedings held before Judge Ernest C. Torres :Sentencing held on 7/21/2005 for Shah McKenney (1), Count(s) |

| | | |
|---|---|---|
| | | 1, Court sentences defendant to 180 months incarceration with 5 years supervised release. Special conditions: Substance abuse counseling and treatment; Mental Health counseling and treatment; Drug testing, up to 72 times per year, as determined by Probation; For each week not employed full time, defendant to complete 20 hours of community service. Time defendant spends working towards a GED can count toward his community service requirement; Fine waived as Court finds defendant has no ability to pay; Special Assessment of $100.00. Court recommends to the Bureau of Prisons that defendant be place in an institution that can offer him substance abuse counseling and treatment. (Court Reporter Joseph Fontes.) (Leyva, Lucia) (Entered: 07/22/2005) |
| 07/21/2005 | 30 | NOTICE OF APPEAL by Shah McKenney. (Leyva, Lucia) (Entered: 07/22/2005) |
| 07/21/2005 | 31 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Shah McKenney on July 21, 2005. (Leyva, Lucia) (Entered: 07/25/2005) |
| 07/22/2005 | | Transmission of Notice of Appeal and Docket Sheet as to Shah McKenney to US Court of Appeals re 30 Notice of Appeal - Final Judgment. (Leyva, Lucia) (Entered: 07/22/2005) |
| 08/09/2005 | 32 | JUDGMENT as to Shah McKenney (1), Count(s) 1, Court sentences defendant to 180 months incarceration with 5 years supervised release. Special conditions: Substance abuse counseling and treatment (inpatient or outpatient); Mental health counseling and treatment (inpatient or outpatient); Drug testing, up to 72 times per year, as determined by Probation; For every week not employed full time, defendant to complete 20 hours of community service. Time defendant spends working towards a GED can count toward his community service requirement. Fine waived as Court finds defendant has no ability to pay. Special Assessment of $100.00. Court recommends to the Bureau of Prisons that defendant be place in an institution that can offer him substance abuse counseling and treatment. Signed by Judge Ernest C. Torres on August 9, 2005. (Leyva, Lucia) (Entered: 08/09/2005) |
| 08/10/2005 | 33 | CLERK'S CERTIFICATE RE: Record on Appeal as to Shah McKenney re 30 Notice of Appeal - Final Judgment. Sent to USCA: Certificate of Clerk; Complete Case File; Statement of Reasons; PSI; Certified Copy of Docket. (Leyva, Lucia) (Entered: 08/10/2005) |
| 08/10/2005 | 34 | Certified and Transmitted Record on Appeal as to Shah McKenney to U.S. Court of Appeals re 30 Notice of Appeal - Final Judgment. Sent to USCA: Certificate of Clerk; Complete Case File; Statement of Reasons (sealed); PSI (sealed); Certified Copy of Docket. (Leyva, Lucia) (Entered: 08/10/2005) |
| 08/16/2005 | 35 | NOTICE of Docketing Record on Appeal from USCA as to Shah McKenney re 30 Notice of Appeal - Final Judgment filed by Shah McKenney. USCA Case Number 05-2137. (Leyva, Lucia) (Entered: 08/23/2005) |
| 08/19/2005 | 36 | TRANSCRIPT of Proceedings (Sentencing) as to Shah McKenney held |

| | | |
|---|---|---|
| | | on July 21, 2005 before Judge Ernest C. Torres. Court Reporter: Joseph Fontes. (Leyva, Lucia) (Entered: 08/23/2005) |
| 08/23/2005 | 37 | Transmitted Supplemental Record on Appeal as to Shah McKenney re 30 Notice of Appeal - Final Judgment. Sent to USCA: Transcript of Sentencing held July 21, 2005; Certified Copy of Docket. (Leyva, Lucia) (Entered: 08/23/2005) |
| 09/23/2005 | 38 | TRANSCRIPT of Proceedings (Change of Plea) as to Shah McKenney held on May 2, 2005 before Judge Ernest C. Torres. Court Reporter: Angela Reynolds. (Leyva, Lucia) (Entered: 09/23/2005) |
| 09/27/2005 | 39 | Transmitted Supplemental Record on Appeal as to Shah McKenney re 30 Notice of Appeal - Final Judgment. Sent to USCA: Document #38 - Transcript of Change of Plea Hearing held 5/2/05; Certified Copy of Docket. (Leyva, Lucia) (Entered: 09/27/2005) |
| 07/10/2006 | 40 | JUDGMENT of USCA (certified copy) as to Shah McKenney re 30 Notice of Appeal - Final Judgment. Sentence imposed by the District Court is affirmed. (Leyva, Lucia) (Entered: 07/11/2006) |
| 07/25/2006 | | Appeal Record Returned as to Shah McKenney: 30 Notice of Appeal - Final Judgment. PSR and SOR not returned. (Leyva, Lucia) (Entered: 07/25/2006) |
| 12/01/2006 | | Appeal Record Returned as to Shah McKenney: 30 Notice of Appeal - Final Judgment. Sealed documents returned by USCA. (Leyva, Lucia) (Entered: 12/01/2006) |



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/07/2007 13:40:57 | | | |
| **PACER Login:** | du4029 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cr-00003-T |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAH McKENNEY,** **Petitioner** | : | **No. 1:CV-07-0594** |
| **v.** | : | **(Caldwell, J.)** |
| **WARDEN TROY WILLIAMSON,** **Respondent** | : | **Filed Electronically** |

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 11, 2007, she served a copy of the attached

**EXHIBIT TO RESPONSE TO THE**
**PETITION FOR WRIT OF HABEAS CORPUS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Shah McKenney
Reg. No. 05552-070
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

s/ Michele E. Lincalis
MICHELE E. LINCALIS
Paralegal Specialist