CLOSED, HABEAS, PROSE, PRSLC, TRANSFER

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:07−cv−00594−WWC−PT

McKenney v. Williamson
Assigned to: Honorable William W. Caldwell
Referred to: Pro Se Law Clerk PT
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/29/2007
Date Terminated: 02/11/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Shah McKenney** represented by **Shah McKenney**
05552−070
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837
PRO SE

V.

**Respondent**

**Warden Troy Williamson** represented by **Dennis Pfannenschmidt**
U.S. Attorney's Office
228 Walnut Street
Suite 202
Harrisburg, PA 17108
717−221−4482
Email: Dennis.Pfannenschmidt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathanael Byerly**
U.S. Attorney's Office
228 Walnut Street
Suite 220
Harrisburg, PA 17108
717−221−4482
Email: nathanael.byerly@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2007 | " 1 | PETITION for Writ of Habeas Corpus, filed by Shah McKenney.(aaa ) (Entered: 03/29/2007) |
| 03/29/2007 | " 2 | MOTION for Leave to Proceed in forma pauperis by Shah McKenney.(aaa ) (Entered: 03/29/2007) |
| 03/29/2007 | " 3 | PRO SE LETTER ISSUED w/ Notice &Consent Form. (aaa ) (Entered: 03/29/2007) |

| | | |
|---|---|---|
| 04/17/2007 | " 4 | Order Granting Application to Proceed IFP − AND NOW, this 17th day of April, 2007, it is ordered that: 1. Petnr's application to proceed IFP 2 is granted. 2. Petnr. shall file an amd. petn. for writ of H/C w/in 20 days of the dt. hereof. The amd. petn. shall set forth the grounds for relief from petnr's conviction or sentence. 3. The Clerk of Crt. is directed to provide petnr. w/two blank 2241 forms for his use in preparing his amd. petn. 4. If petnr. fails to timely file an amd. petn., the petn. 1 will be dism'd w/out prejudice. Signed by Judge William W. Caldwell on 4/17/07. (am) (fprms provided per order of crt.) (Entered: 04/17/2007) |
| 05/21/2007 | " 5 | AMENDED PETITION − for Writ of Habeas Corpus filed by Shah McKenney. (am) (Amd. Petn. orig. filed 5/10/07 in CV−07−857 docketed in this case per order dtd. 5/21/07.) (Entered: 05/21/2007) |
| 05/21/2007 | " 6 | ORDER TO SHOW CAUSE − AND NOW, this 21st day of May, 2007, it is ordered that: 1. The Clerk of Crt. is directed to serve a copy of the above−capt. Amd. Petn. for writ of H/C &this order on the resp. &the U.S. Atty. 2. W/in 20 days of the dt. of this order, resp. shall answer the allegations in the petn. for writ of H/C. 3. Petnr. shall, if he so desires, file a reply br. w/in 15 days of receipt of the respond's filings. Signed by Judge William W. Caldwell on 5/21/07. (am) (Entered: 05/21/2007) |
| 05/21/2007 | " | SHOW CAUSE ORDER and Amd. Petn. for Writ of H/C Served on AUSA Pfannenschmidt, US Atty. Marino, Atty. Gen. Corbett &Warden Williamson. (am) (Entered: 05/21/2007) |
| 05/21/2007 | " 7 | ACKNOWLEDGEMENT − of Order to Show Cause dtd. 5/21/07 w/Amd. Petn. for Writ of H.C. RECEIVED from Patricia Wiscount o/b/o AUSA Pfannenschmidt. (am) (Entered: 05/21/2007) |
| 06/11/2007 | " 8 | RESPONSE TO PETITION FOR HABEAS CORPUS by Troy Williamson by Troy Williamson. (Attachments: # 1 Exhibit(s))(Byerly, Nathanael) (Entered: 06/11/2007) |
| 02/11/2008 | " 9 | MEMORANDUM AND ORDER TRANSFERRING CASE − AND NOW, this 11th day of Feb., 2008, upon con. of Shah McKenney's petn. for writ of H/C 1 pur. to 28 USC 2241, it is ordered that the Clerk of Crt. shall transfer this action to the USDC for the District of Rhode Island &close this file. Signed by Honorable William W. Caldwell on 2/11/08. (am) (Entered: 02/11/2008) |